# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSE IVAN CONTRERAS-GOMEZ,<br><br>    Defendant. | 8:19CR171<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 40). The Court has carefully reviewed the record in this case and finds as follows:

1. On December 6, 2019, defendant Jose Ivan Contreras-Gomez ("Contreras-Gomez") pled guilty to Counts I and II of the Information (Filing No. 33) and admitted the Forfeiture Allegation of the Information. Count I charged Contreras-Gomez with distribution of 50 grams or more of methamphetamine (actual), in violation of 21 U.S.C. § 841(a)(1) and (b)(1). Count II charged Contreras-Gomez with possession with intent to distribute 500 grams or more of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1).

2. The Forfeiture Allegation sought forfeiture, pursuant to 21 U.S.C. § 853, of certain property. That property includes $11,215 in United States currency seized from 12830 Glenvale Plaza, Lot 67, Omaha, Nebraska, on or about April 25, 2019 ("currency") as well as the following firearms ("firearms"):

    a.    Sig Sauer P226, 9mm handgun, Serial Number UU685384;
    b.    One P226 magazine; and
    c.    315 rounds of 9mm ammunition.

The currency and the firearms were seized because they were either used to facilitate the offenses charged in the Information or were derived from proceeds obtained from the commission of the offenses charged in the Information.

3. Based on Contreras-Gomez's guilty plea and admission, Contreras-Gomez forfeits his interest in the $11,215 in United States currency and the firearms, and the government should be entitled to possession of the currency and the firearms, pursuant to 21 U.S.C. § 853.

4. The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1. The government's Motion for Preliminary Order of Forfeiture (Filing No. 40) is granted.

2. Based upon the Forfeiture Allegation of the Information (Filing No. 33) and Contreras-Gomez's guilty plea and admission, the government is hereby authorized to seize the $11,215 in United States currency and the firearms.

3. Contreras-Gomez's interest in the $11,215 in United States currency and the firearms is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4. The $11,215 in United States currency and the firearms are to be held by the government in its secure custody and control.

5. Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Contreras-Gomez, having or claiming a legal interest in any of the subject property must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6. The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $11,215 in United States currency and the firearms, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the $11,215 in United States currency and the firearms and any additional facts supporting the Petitioner's claim and the relief sought.

7. The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $11,215 in United States currency and the firearms as a substitute for published notice as to those persons so notified.

8. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of December 2019.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge