# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE IVAN CONTRERAS-GOMEZ,<br><br>Defendant. | 8:19CR171<br><br>**ORDER** |

This matter is before the Court on the government's Motion to Dismiss Forfeiture Allegation (Filing No. 45). The Court has carefully reviewed the record in this case and finds the motion should be granted.

IT IS ORDERED:

1. The Motion to Dismiss Forfeiture Allegation is granted.
2. The Forfeiture Allegation of the Information is dismissed.

Dated this 30th day of January 2020.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge